# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| KEVIN JACKSON, | : | |
| | : | Civil Action No. 17-0972 (MAS) |
| Petitioner, | : | |
| | : | **MEMORANDUM AND ORDER** |
| v. | : | |
| | : | |
| CHRIS CHRISTIE, et al., | : | |
| | : | |
| Respondents. | : | |

Pro se Petitioner Kevin Jackson, a prisoner confined at the South Woods State Prison in Bridgeton, New Jersey, seeks to file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Court previously administratively terminated the case because Petitioner did not use the court-approved habeas form for his Petition as required by Local Civil Rule 81.2. (Order, Feb. 23, 2017.) On March 27, 2017, Petitioner filed the motion to reopen, (ECF No. 4), stating that he did not receive a copy of the Court's order or the court-approved habeas form that was sent to him. (Pet'r's Mot. to Reopen, Ex. 1., at 4.) The Court directed the Clerk to resend the February 23, 2017 order and the habeas form on March 28, 2017. (Text Order, ECF No. 5.) On April 19, 2017, Petitioner alleged that he received the order, but not the habeas form, (Letter from Pet'r, ECF No. 6, at 1.), prompting the Clerk to send him the form a third time.

On May 2, 2017, Petitioner alleged that the form he received was the wrong form, and that he instead received the form for a federal prisoner. (Letter from Pet'r, ECF No. 7, at 1.) The Court directed the Clerk to send the correct form once more. (Text Order, ECF No. 8.) To date, more than 30 days later, Petitioner has not responded. Given that the Court has sent the form on four separate occasions, that it has been more than six months since Petitioner filed his motion to

reopen, and that he has failed to amend the Petition on the correct form after the Court's latest order, the Court denies the motion, and dismisses the Petition.

IT IS therefore on this 11th day of October, 2017,

**ORDERED** that the motion to reopen (ECF No. 4) is hereby **DENIED**;

**ORDERED** that the Petition is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail, and shall **CLOSE** the file.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE